IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MONDREA VINNING,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )  Civil No. **01-994-WDS** |
| | ) |
| **J. WALLS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

This case is now ready for trial. After reviewing the final pretrial order, and in consideration that this case is set for a jury trial, the appointment of counsel to represent plaintiff appears warranted.

**IT IS THEREFORE ORDERED** that, in accordance with Local Rule 83.1(i), attorney **James Hopkins, Jr.**, Bauer & Baebler, 1010 Market Street, Suite 350, MO 63101, is hereby **APPOINTED** to represent plaintiff Vinning – **FOR TRIAL ONLY**.

DATED:  August 14, 2006

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**