IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MONDREA VINNING-EL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 01-CV-994-WDS |
| | ) |
| **J. WALLS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is plaintiff's Emergency Motion for Preliminary Injunction (Doc. 210). The plaintiff asserts, inter alia, that he has had problems with the Illinois Department of Corrections not allowing him access to his legal mail and documents which he will need in preparation for the trial in this matter. Upon review of the record, the Court **DENIES** plaintiff's motion at this time, but, *sua sponte* **DIRECTS** the Illinois Department of Corrections to provide plaintiff with meaningful access to the following materials in order to permit plaintiff, who is appearing pro se in this matter, to adequately prepare for trial scheduled for August 14, 2007:

1. Plaintiff's legal files relating to the claims raised in *Vinning-El v. Walls*, 01-994-WDS. This includes plaintiff being given prompt access to these files if he is transferred to another institution in preparation for trial.

2. Any legal mail which is properly directed to plaintiff between now and the scheduled trial date.

In light of the fact that this matter is now being tried before the Court without a jury, the Court will consider the matters raised in the plaintiff's motion for a preliminary injunction with the case.

**IT IS SO ORDERED.**


DATED:  July 31, 2007 

                                            s/ WILLIAM D. STIEHL  
                                                 DISTRICT JUDGE