IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONDREA VINNING-EL, #B-63459, )
)
      **Plaintiff,** )
)
vs. ) CAUSE NO. 01-CV-994-WDS
)
J. WALLS, et al., )
)
      **Defendants.** )

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court following a bench trial held on August 14, 2007.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2008, default judgment is entered in favor of the plaintiff, **MONDREA VINNING** and against defendant, **C/O REID** on plaintiff's Eighth Amendment failure to protect claim in the amount of $1,000 for compensatory damages. Judgment is also entered in favor of defendant, **C/O REID** and against plaintiff, **MONDREA VINNING** on plaintiff's claim for punitive damages.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2008, judgment is entered in favor of defendant **SCOTT LONG** and against plaintiff, **MONDREA VINNING** on plaintiff's Eighth Amendment claim of failure to protect.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2008, judgment is entered in favor of defendants, **DONALD SNYDER, JONATHAN WALLS and ROGER COWAN** and against plaintiff, **MONDREA VINNING**, on plaintiff's claim that defendants violated his Constitutional rights by implementing a policy of placing inmates in cells based on race.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2008, plaintiff's motion for preliminary injunction and amended motion for preliminary injunction are **DENIED** without prejudice to the filing of a new cause of action.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 19, 2003, judgment is entered in favor of defendants **MAVIS GROSS WITTENBORN, TOM CARTER, ROBERT GALES and CAPT. PICKERING** and against the plaintiff, **MONDREA VINNING**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated November 22, 2004, judgment is entered in favor of defendant **C/O ZOKIE** and against plaintiff, **MONDREA VINNING**.

**DATED** this 26th day of March, 2008.

                                         **NORBERT G. JAWORSKI, CLERK**

                                         **BY:**    *s/Sandy Pannier*
                                                              **Deputy Clerk**

**APPROVED:**

    *s/WILLIAM D. STIEHL*
   **U. S. District Judge**