IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONDREA VINNING, )
)
    Plaintiff, )
)
v. ) No. 01-CV-994-WDS
)
J. WALLS, et al., )
)
    Defendants. )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2008, default judgment is entered in favor of the plaintiff, **MONDREA VINNING** and against, **C/O REID** on plaintiff's Eighth Amendment failure to protect claim. Judgment is also entered in favor of defendant, **C/O REID** and against plaintiff, **MONDREA VINNING** on plaintiff's claim for compensatory and punitive damages. Pursuant to the Orders of the Court entered June 19, 2003 (Doc. 11), and March 31, 2009, as a sanction against **C/O REID** for ignoring a direct Court Order in this litigation, the Court **IMPOSES** a sanction in the amount of $1,000.00 against **C/O REID** and in favor of plaintiff, **MONDREA VINNING**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2008, judgment is entered in favor of defendant, **SCOTT LONG,** and against plaintiff, **MONDREA VINNING**, on plaintiff's Eighth Amendment claim of failure to protect.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court datd March 26, 2008, judgment is entered in favor of defendants, **DONALD SNYDER, JONATHAN WALLS and ROGER COWAN** and against plaintiff, **MONDREA VINNING**, on plaintiff's claim that defendants violated his Constitutional rights by implementing a policy of placing inmates in cells based on race.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 26, 2008, plaintiff's motion for preliminary injunction and amended motion for preliminary injunction are **DENIED** without prejudice to the filing of a new cause of action.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 19, 2003, judgment is entered in favor of defendants, **MAVIS GROSS WITTENBORN, TOM CARTER, ROBERT GALES and CAPT. PICKERING** and against the plaintiff, **MONDREA VINNING.**

1

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated November 22, 2004, judgment is entered in favor of defendant, **C/O ZOKIE** and against plaintiff, **MONDREA VINNING.**

**DATED** this 2nd day of April, 2009.

**JUSTINE FLANAGAN, ACTING CLERK**


BY:  *s/Sandy Pannier*
    **Deputy Clerk**

**APPROVED:**

  *s/WILLIAM D. STIEHL*
    **U. S. District Judge**